IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:13-cv-71

| WILLIAM BERRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SOUTHEASTERN FREIGHT LINES, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Stay the Deadlines in the Pre-Trial Order and Case Management Plan, pursuant to Local Rule 7.1. Having considered the Motion and the parties' consent to the same, the undersigned concludes that the deadlines in the Pre-Trial Order and Case Management Plan should be stayed and/or continued for good cause shown.

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Stay the Deadlines in the Pre-Trial Order and Case Management Plan is **GRANTED** and the deadlines in the Court's Pre-Trial Order are stayed until the disposition of Plaintiff's Motions to Amend and Remand, whereupon the Court, if it retains jurisdiction of the case, will either issue a new Pre-Trial Order or extend the deadlines in the current one.

IT IS SO ORDERED.

Signed: November 4, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

PPAB 2224447v1